UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD JEREMIAH GILES, III | ) | 1:07-cv-0197-OWW-SMS (PC) |
| | ) | |
| Plaintiff, | ) | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE SANDRA M. SNYDER |
| v. | ) | |
| | ) | Old case # 1:07-cv-0197-OWW-SMS |
| SOTO, et al., | ) | |
| | ) | New case # 1:07-cv-0197-SMS |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Sandra M. Snyder for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Sandra M. Snyder; and

3. The new case number shall be **1:07-cv-0197-SMS**, and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number,

1  including initials, may result in a delay of documents being processed and copies thereof being correctly
2  distributed and received by the appropriate judicial officer.
3  IT IS SO ORDERED.
4  **Dated:   October 19, 2008**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2