IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JEREMIAH GILES, III,<br><br>  Plaintiff,<br><br>vs.<br><br>SOTO, et al.,<br><br>  Defendants. | No. 1:07-CV-00197-CKJ<br><br>**ORDER** |

Pending before this Court is Plaintiff's Motion for Extension of Time [Doc. #11]. Upon good cause showing, IT IS ORDERED that Plaintiff's Motion for Extension of Time [Doc. #11] is GRANTED. IT IS FURTHER ORDERED that the December 2, 2008, deadline for Plaintiff to file his First Amended Complaint is extended to **January 15, 2009**.

DATED this 22nd day of December, 2008.

_____
Cindy K. Jorgenson
United States District Judge