IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JEREMIAH GILES, III,<br><br>    Plaintiff,<br><br>vs.<br><br>SOTO, et al.,<br><br>    Defendants. | No. 1:07-CV-00197-CKJ<br><br>**ORDER** |

On January 15, 2009 Plaintiff filed a *pro se* First Amended Complaint [Doc. #13] pursuant to 42 U.S.C. § 1983. Defendants have filed Answers to the Amended Complaint [Doc. #22]. The Court takes the following action in an effort to reach a just adjudication of the Complaint.

**IT IS ORDERED** that the following deadlines shall govern this action:

   A.   If they so choose, counsel for Defendants shall depose Plaintiff, at Defendant's expense, on or before **January 30, 2010**.

   B.   All parties are granted until **December 30, 2009**, to move to **join** additional parties or to **amend** their pleadings.

   C.   Parties shall disclose a **witness list** on or before **February 26, 2010**. On or before that date, the parties are directed to exchange their complete list of witnesses.

1    D.    All **discovery**, including depositions of parties (other than the plaintiff), witnesses and experts shall be completed by **March 31, 2010**. No discovery shall take place after that date without leave of Court upon good cause shown.

    D.    **Dispositive motions** shall be filed on or before **April 30, 2010**.

       1.    Motions shall be submitted upon the record and without oral argument unless otherwise ordered by this Court, pursuant to Local Rules of Practice for the United States District Court, Eastern District of California ("L.R.") 78-230(m).

       2.    Pursuant to L.R.78-230(m) and L.R. 56-260, parties may file a motion, response, and reply. No additional briefing on a motion is allowed unless leave of Court is granted. Failure to file a response may be deemed a consent to a granting of the motion. A response must be served and filed within eighteen (18) days of service on the motion; the moving party has five (5) court days from service to serve and file a reply. Rule 56 motions for summary judgment and Rule 12(b)(1) motions to dismiss for lack of subject matter jurisdiction provide an exception to the above time limits: the time for a response is 30 days and the time for a reply is 15 days. Unless otherwise permitted by the Court, a motion or response, inclusive of supporting memorandum but exclusive of attachments and statement of facts, shall not exceed 17 pages; a reply shall not exceed 11 pages.

       3.    Any pleading which is submitted with more than one exhibit must be accompanied by a Table of Contents. The exhibits must be indexed with tabs that correspond to the Table of Contents. Absent exigent circumstances, the Court will not consider pleadings which do not conform to these requirements.

    E.    The parties are directed to submit a jointly prepared letter regarding the status of settlement by **January 4, 2010**. The letter shall contain no specific terms of settlement proposals.

    F.    Parties and counsel shall file a **Joint Proposed Pretrial Order** within **thirty (30) days after resolution of the dispositive motions** filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before **May 1, 2010**. The content of the proposed pretrial order shall include, but not be limited to, that prescribed

in the **Form of Pretrial Order** attached hereto.  If the parties and counsel are unable to prepare a joint proposed pretrial order, a separate proposed pretrial order shall be submitted to the Court accompanied by a statement why the preparation of the joint proposed pretrial order could not be completed through written correspondence.

       1.      Pursuant to Federal Rule 37(c), the Court will not allow the parties to offer any exhibits, witnesses or other information that were not previously disclosed in accordance with the provisions of this Order and the Federal Rules of Civil Procedure or not listed in the Proposed Pretrial Order, except for good cause.

      G.      Motions for extensions of any of the deadlines set forth above shall be governed by Fed.R.Civ.P. 16, L.R. 6-144.  A motion for continuance shall be filed prior to the expiration of the deadline.  The schedule set forth in this Order may only be modified with leave of Court and upon a showing of good cause.  *See* Fed.R.Civ.P. 16(b); *Johnson v. Mammoth Recreation, Inc.*, 975 F.2d 604 (9th Cir. 1992) (requiring a showing of good cause under Rule 16 to amend complaint beyond scheduling order deadline).  Additionally, any motion for continuance of a discovery deadline, including a stipulation, shall set forth specifically what discovery has been conducted to date, the discovery to be completed, and the reasons why discovery has not been completed within the deadline.

This order contemplates that each party will conduct discovery in such a manner to complete, within the deadline, any and all discovery.  "Last minute or eleventh hour" discovery which results in insufficient time to undertake additional discovery and which requires an extension of the discovery deadline will be met with disfavor, and could result in denial of an extension, exclusion of evidence, or the imposition of other sanctions.

. . .

. . .

. . .

. . .

. . .

. . .

1        The parties should note that willful failure to comply with *any* of the terms of this
2 Order, the Federal Rules of Civil Procedure or other applicable rules may result in dismissal
3 of this action without further notice to Plaintiff, or sanctions upon Defendant. *Ferdik v.*
4 *Bonzelet*, 963 F.2d 1258 (9th Cir. 1992), *cert. denied*, 506 U.S. 915 (1992). Plaintiff is
5 cautioned to comply with all applicable rules of civil procedure; his *pro se* status will not
6 excuse his noncompliance. *King v. Atiyeh*, 814 F.2d 565 (9th Cir. 1987).

7     DATED this 20th day of November, 2009.

                               _____
                                      Cindy K. Jorgenson
                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff, <br> vs. <br> , <br> Defendants. | No. 1:  -CV-   -CKJ <br><br> **PROPOSED JOINT PRETRIAL ORDER** |

Pursuant to the Scheduling Order entered _____, 20__, following is the Joint Proposed Final Pretrial Order to be considered at the pretrial conference.

**A.   COUNSEL FOR THE PARTIES**

Plaintiff(s):

Defendant(s):

**B.   STATEMENT OF JURISDICTION**

Cite the statute(s) that gives the Court jurisdiction, and whether jurisdiction is disputed.

(*E.g.*:  Jurisdiction in this case is based on diversity of citizenship under Title 28 U.S.C. § 1332.  Jurisdiction is (not) disputed.)

**C.   NATURE OF ACTION**

Provide a concise statement of the type of case, the cause of action, and the relief sought.

1     (*E.g.*: This is a products liability case wherein the plaintiff seeks damages for personal
2     injuries sustained when he fell from the driver's seat of a forklift. The plaintiff
3     contends that the forklift was defectively designed and manufactured by the defendant
4     and that the defects were a producing cause of his injuries and damages.)

5 **D. CONTENTIONS OF THE PARTIES**

6     With respect to each count of the complaint, counterclaim or cross-claim, and to any
7     defense, affirmative defense, or the rebuttal of a presumption where the burden of
8     proof has shifted, the party having the burden of proof shall list the elements or
9     standards that must be proved in order for the party to prevail on that claim or
10     defense.

11     (*E.g.*: In order to prevail on this products liability case, the plaintiff must prove the
12     following elements . . . )

13     (*E.g.*: In order to defeat this products liability claim based on the statute of repose, the
14     defendant must prove the following elements . . . )

15 **E. STIPULATIONS AND UNCONTESTED FACTS**

16 **F. CONTESTED ISSUES OF FACT AND LAW**

17 **G. LISTS OF WITNESSES**

18     A jointly prepared list of witnesses, identifying each as either plaintiff's or
19     defendant's and indicating whether a fact or expert witness, must accompany this
20     proposed order.

21     A brief statement as to the testimony of each expert witness must be included.

22 **H. LIST OF EXHIBITS**

23     Each party must submit with this proposed order a list of numbered exhibits, with a
24     description of each containing sufficient information to identify the exhibit, and
25     indicating with an objection to its admission is anticipated.

26     Exhibits should be marked according to instructions received from the court.

27   . . .

28   . . .

**I.    MOTIONS IN LIMINE**

Motions in limine shall be filed and served upon each party with this proposed order. Any opposition shall be filed and served within ten (10) days.

**J.    LIST OF ANY PENDING MOTIONS**

**K.    PROBABLE LENGTH OF TRIAL**

**L.    FOR A BENCH TRIAL**

Proposed findings of fact and conclusions of law shall be served and filed on each party with this proposed order.

**M.    FOR A JURY TRIAL**

Stipulated jury instructions shall be filed thirty (30) days before trial. Instructions which are not agreed upon, and a concise argument in support of the instruction, shall be filed and served upon each party thirty (30) days before trial. Objections to the non-agreed upon instructions shall be filed and served upon each party within ten (10) days.

**N.    CERTIFICATION**

The undersigned counsel for each of the parties in this action do hereby certify and acknowledge the following:

1. All discovery has been completed.
2. The identity of each witness has been disclosed to opposing counsel.
3. Each exhibit listed herein: (a) is in existence; (b) is numbered; and (c) has been disclosed and shown to opposing counsel.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

**O.     ADOPTION**

The Court may adopt this proposed Joint Pretrial Order at the Pre-Trial Conference or subsequent hearing.

DATED this _____ day of _____, 20_____.

APPROVED AS TO FORM AND CONTENT

| Attorney for Plaintiff | Attorney for Defendant |

- 4 -